Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–23810–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jimmy Perez
   1731 S Central Ave
   South Plainfield, NJ 07080–3601

Social Security No.:
   xxx–xx–7066

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/24/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 24, 2019
JAN: bwj

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jimmy Perez  
    Debtor

Case No. 18-23810-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 24, 2019  
                            Form ID: 148    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2019.
```
db              Jimmy Perez,    1731 S Central Ave,    South Plainfield, NJ  07080-3601
517637119       Kml Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
517637120      +Select Portfolio,    3815 S West Temple St, Suite 2000,    Salt Lake City, UT  84115-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 22:36:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 22:36:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
lm             +E-mail/Text: jennifer.chacon@spservicing.com Jan 24 2019 22:36:50
                 Select Portfolio Servicing, Inc.,    3815 South West Temple,    P.O. Box 65450,    Suite 2000,
                 Salt Lake City, UT  84165-0450
517637116      +EDI: BANKAMER.COM Jan 25 2019 03:28:00      Bank Of America,    PO Box 5170,
                 Simi Valley, CA  93062-5170
517637117      +EDI: CAPITALONE.COM Jan 25 2019 03:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
517637118      +E-mail/Text: fggbanko@fgny.com Jan 24 2019 22:36:26      Forster & Garbus,    7 Banta Place,
                 Hackensack, NJ  07601-5604
517761373       EDI: RESURGENT.COM Jan 25 2019 03:28:00      LVNV Funding,    c/o Resurgent Capital Services,
                 PO BOX 10675,    Greenville, SC  29603-0675
517762231       E-mail/Text: jennifer.chacon@spservicing.com Jan 24 2019 22:36:50
                 The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT  84165-0250
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2019 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Benjamin Jamie Ginter    on behalf of Debtor Jimmy  Perez gintr316@aol.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, successor trustee, et al.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Loss Mitigation    Select Portfolio Servicing, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, successor trustee, et
               al. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```